**FILED**

MAY - 6 2015

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 15 cr 051-01 (CKK) |
| v. | : | 17 U.S.C. § 506(a)(1)(B); |
| | : | 18 U.S.C. § 2319(c) |
| RICARDO TAYLOR | : | (Copyright Infringement) |

## STATEMENT OF OFFENSE

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the defendant, Ricardo Taylor ("Taylor"), and the United States agree and stipulate as follows:

At all times relevant to the offense charged in the Information, Taylor was employed as a Mailroom and File Supervisor in the Department of Labor's ("DOL"), Office of Workers Compensation Programs ("OWCP"). Taylor's office was located in the District of Columbia. Between on or about February 2008, through on or about July 28, 2013, Taylor purchased illegal copies of copyrighted motion pictures that were available for commercial distribution or were in theaters. Taylor used a five-bay DVD burner to duplicate the illegal copies that he purchased, and Taylor distributed the copies that he reproduced to colleagues at DOL in exchange for money. Taylor utilized his DOL email to communicate with colleagues who were interested in purchasing movies from Taylor, and he operated his DVD business both during and after business hours. Taylor maintained a log of his sales during this time period that included customer names, movie names, and dates of purchases. Taylor typically charged $4 or $5 for each copy that he distributed

Between on or about January 2, 2013, and July 16, 2013, Taylor reproduced and distributed approximately 1,268 DVDs to his colleagues. The retail value of those DVDs is estimated to be approximately $19,020.

Taylor willfully infringed a copyright by reproducing and distributing, during a 180-day period, at least 10 copies of one or more copyrighted works, which had a retail value of more than $2,500

                      Respectfully submitted,

                      RONALD C. MACHEN JR.
                      UNITED STATES ATTORNEY

BY: _____
                      Michael J. Friedman
                      Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct

Date. 4/7/15

_____
Ricardo Taylor
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have discussed this Statement of Offense with my client, Ricardo Taylor. I concur with his decision to stipulate to this Statement of Offense

Date. 4/7/15

_____
Thomas T Heslep
Attorney for Defendant